AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hollowell, Eileen W. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - Arizona | 3. Date of Report<br><br>06/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>James A. Walsh Courthouse<br>38 South Scott Avenue<br>Tucson, AZ 85701-1704 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | James E. Rogers College of Law, Board of Visitors |
| 2. | Member | National Conference of Bankruptcy Judges |
| 3. | Member | American Bankruptcy Institute |
| 4. | Member | Arizona Women Lawyers Association |
| 5. | Member | Pima County Bar Association |
| 6. | Member | State Bar of Arizona |
| 7. | Member | American Bar Association |
| 8. | Advocate Member | Ninth Judicial Circuit Historical Society |
| 9. | Member | Arizon Bankruptcy American Inn of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 06/13/2013 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 06/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Consumer Bankruptcy Attorneys | April 26-28, 2012 | San Antonio, TX | Speaker | transportation, lodging and food |
| 2. | California Bankruptcy Forum | May 18-20, 2012 | Rancho Mirage, CA | Attend conference | transportation, lodging and food |
| 3. | American Bankruptcy Institute | September 13-15, 2012 | Las Vegas, NV | Speaker | transportation, lodging and food |
| 4. | National Conference of Bankruptcy Judges | October 23-27, 2012 | San Diego, CA | Attend annaul conference | transportation, lodging and food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 06/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. T Rowe Price - Equity Index 500 Mutual Fund | A | Dividend | K | T | Sold (part) | 12/05/12 | K | A | See Note 1 in Part VIII |
| 2. T Rowe Price - New Horizons Mutual Fund | A | Dividend | J | T | | | | | |
| 3. T Rowe Price - Science & Technology Mutual Fund | | None | J | T | | | | | |
| 4. T Rowe Price Spectrum Income #1 | A | Dividend | K | T | | | | | |
| 5. T Rowe Price Spectrum Income #2 | B | Dividend | K | T | | | | | |
| 6. T Rowe Price - Prime Reserve Mutual Fund | A | Dividend | K | T | Buy | 12/05/12 | J | | See Note 2 in Part VIII |
| 7. T Rowe Price - Blue Chip Growth (Rollover IRA) | A | Dividend | J | T | Sold (part) | 12/05/12 | J | A | See Note 3 in Part VIII |
| 8. T Rowe Price - International Stock (Rollover IRA) | A | Dividend | | | Sold | 12/05/12 | L | A | See Note 4 in Part VIII |
| 9. T Rowe Price - Mid Cap Growth Mutual Fund (IRA) | A | Dividend | J | T | Sold (part) | 12/05/12 | K | A | See Note 5 in Part VIII |
| 10. T Rowe Price - Mid Cap Value (Rollover IRA) | A | Dividend | K | T | Sold (part) | 12/05/12 | K | A | See Note 6 in Part VIII |
| 11. T Rowe Price - New Horizons (Rollover) | A | Dividend | J | T | Sold (part) | 12/05/12 | J | A | See Note 7 in Part VIII |
| 12. T Rowe Price - Spectrum Income (Rollover) | B | Dividend | L | T | | | | | See Note 8 in Part VIII |
| 13. USAA - S & P Index Mutual Fund (SEP/IRA) | A | Dividend | | | Sold | 07/16/12 | L | A | See Note 9 in Part VIII |
| 14. USAA International Fund (SEP/IRA) | A | Dividend | J | T | Sold (part) | 07/16/12 | K | A | See Note 10 in Part VIII |
| 15. USAA Income Fund (SEP/IRA) | A | Dividend | K | T | Buy | 07/16/12 | K | | See Note 11 in Part VIII |
| 16. USAA - World Growth (Rollover 401(k)) | | None | | | Sold | 07/16/12 | K | A | See Note 12 in Part VIII |
| 17. USAA - S & P Index (Rollover 401(k)) | A | Dividend | | | Sold | 07/16/12 | K | A | See Note 13 in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. USAA Money Market Fund #2 | A | Dividend | J | T | | | | | |
| 19. American Funds (IRA) SEE BELOW # 20 & 21 | | | | | | | | | |
| 20. -- Washington Mutual Investors | A | Dividend | J | T | | | | | |
| 21. -- The Income Fund | A | Dividend | J | T | | | | | |
| 22. Ameriprise Trust Co. fka Amer Express (IRA) SEE BELOW #23-24 | | | | | | | | | |
| 23. -- RVS Disciplined Equity | | None | J | T | | | | | |
| 24. -- Global Growth | | | J | T | | | | | |
| 25. Bank of America Money Market | A | Interest | K | T | | | | | |
| 26. Janus Fund (IRA) | A | Dividend | J | T | | | | | |
| 27. TIAA Traditional Annuity | A | Interest | L | T | | | | | |
| 28. Wells Fargo Checking Account | | None | J | T | | | | | |
| 29. FNBO Direct Savings Account | A | Interest | J | T | | | | | |
| 30. T Rowe Price Balanced Portfolio #1 | A | Dividend | J | T | | | | | See Note 20 in Part VIII |
| 31. T Rowe Price Balanced Portfolio #2 | A | Dividend | J | T | | | | | See Note 20 in Part VIII |
| 32. T Rowe Price Balanced Portfolio #3 | A | Dividend | J | T | | | | | See Note 20 in Part VIII |
| 33. T Rowe Price Balanced Portfolio #4 | A | Dividend | J | T | Buy | 07/13/12 | J | | See Note 20 in Part VIII |
| 34. Edward Jones Value Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | USAA Checking Acct #1 | | None | J | T | | | | | |
| 36. | T Rowe Price - Prime Reserve (Rollover IRA) | A | Dividend | L | T | Buy | 12/05/12 | L | | See Note 14 in Part VIII |
| 37. | T Rowe Price - Short Term Bond (Rollover IRA) | A | Dividend | K | T | Buy | 12/05/12 | K | | Xchange from MidCap Growth |
| 38. | USAA - Emerging Market (SEP) | A | Dividend | J | T | Buy | 07/16/12 | J | | Xchange from Int'l Fund |
| 39. | USAA - Growth (SEP) | A | Dividend | K | T | Buy | 07/16/12 | K | | Xchange from S&P (SEP) |
| 40. | USAA - High Income (SEP) | A | Dividend | J | T | Buy | 07/16/12 | J | | See Note 15 in Part VIII |
| 41. | USAA - Intermediate Bond (SEP) | A | Dividend | K | T | Buy | 07/16/12 | K | | Xchange from S&P (SEP) |
| 42. | USAA - Short Term Bond (SEP) | A | Dividend | J | T | Buy | 07/16/12 | J | | Xchange from S&P (SEP) |
| 43. | USAA - Small Cap Stock (SEP) | A | Dividend | J | T | Buy | 07/16/12 | J | | Xchange from Int'l (SEP) |
| 44. | USAA - Value Fund (SEP) | A | Dividend | K | T | Buy | 07/16/12 | K | | Xchange from S&P (SEP) |
| 45. | USAA - Emerging Market (Rollover) | A | Dividend | J | T | Buy | 07/16/12 | J | | Xchange from S&P - Rollover |
| 46. | USAA - Growth (Rollover) | A | Dividend | J | T | Buy | 07/16/12 | J | | See Note 16 in Part VIII |
| 47. | USAA - High Income (Rollover) | A | Dividend | J | T | Buy | 07/16/12 | J | | Xchange from S&P - Rollover |
| 48. | USAA - Income (Rollover) | A | Dividend | J | T | Buy | 07/16/12 | J | | See Note 17 in Part VIII |
| 49. | USAA - Intermediate Term Bond (Rollover) | A | Dividend | J | T | Buy | 07/16/12 | J | | See Note 18 in Part VIII |
| 50. | USAA - International (Rollover) | A | Dividend | J | T | Buy | 07/16/12 | J | | See Note 19 in Part VIII |
| 51. | USAA - Short Term Bond (Rollover) | A | Dividend | J | T | Buy | 07/16/12 | J | | Xchange from S&P - Rollover |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 06/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  USAA - Small Cap Stock (Rollover) | A | Dividend | J | T | Buy | 07/16/12 | J | | Xchange from S&P - Rollover |
| 53.  USAA - Value Fund (Rollover) | A | Dividend | J | T | Buy | 07/16/12 | J | | Xchange from S&P - Rollover |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollowell, Eileen W. | 06/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, page 5, line 1 - Exchange to Prime Reserve (#6)
2. Part VII, page 5, line 6 - Exchange from Equity Index (#1)
3. Part VII, page 5, line 7 - Exchange to Prime Reserve (Rollover)
4. Part VII, page 5, line 8 - Exchange to Prime Reserve (Rollover)
5. Part VII, page 5, line 9 - Exchange to Short Term Bond (IRA)
6. Part VII, page 5, line 10 - Exchange to Prime Reserve (Rollover)
7. Part VII, page 5, line 11 - Exchange to Prime Reserve (Rollover)
8. Part VII, page 5, line 12 - CORRECTION - 2011 FDR mistakenly indicated "sold" but it was actually "partially sold", so funds still exist in this account
9. Part VII, page 5, line 13 - Exchange to Growth Income, High Income, Short Term Bond & Value Fund
10. Part VII, page 5, line 14 - Exchange to Emerging Market, High Income & Small Cap Stock
11. Part VII, page 5, line 15 - Exchange from S&P (SEP)
12. Part VII, page 5, line 16 - Exchange to Income Fund, Intermediate Term Bond, International
13. Part VII, page 5, line 17 - Exchange to Emerging Market, Growth, Income, High Income, Short Term Bond, Small Cap Stock & Value Fund
14. Part VII, page 7, line 36- Exchange from Blue Chip, International Stock, Mid Cap Value and New Horizons
15. Part VII, page 7, line 40 - Exchange from S&P Index (SEP) and International Fund (SEP)
16. Part VII, page 7, line 46 - Exchange from World Growth (Rollover)
17. Part VII, page 7, line 48 - Exchange from World Growth (Rollover)
18. Part VII, page 7, line 49- Exchange from World Growth (Rollover)
19. Part VII, page 7, line 50 - Exchange from World Growth (Rollover)
20. Part VII, page 6, lines 30-33 - No control

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eileen W. Hollowell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544